IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA WENTZ,

      Plaintiff,　　　　　　　　　　　　No. CIV S-11-1922 KJM EFB

  vs.

KATHRYN A. DALEY,　　　　　　　　　　　　<u>ORDER</u>

      Defendant.
_____/

      This case, in which plaintiff was originally proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On October 3, 2011, attorney Glen A. Van Dyke filed a notice of substitution as plaintiff's counsel in this case, along with a proposed order that the undersigned will approve. Dckt. No. 8.

      Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. Therefore, all currently scheduled dates presently set before the undersigned will be vacated. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

////

////

////

1

1 Accordingly, IT IS HEREBY ORDERED that:

2     1. The substitution of counsel filed October 3, 2011, Dckt. No. 8, is approved;

3     2. The referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge; and

    3. The November 30, 2011 status (pretrial scheduling) conference, Dckt. No. 4, which is currently set before the undersigned, is vacated.

SO ORDERED.

Dated: October 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2